| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RONALD LEE ALEXANDER, §
 §
 Plaintiff, §
 §
versus § CIVIL ACTION NO. 1:06-CV-228
 §
JONATHAN DAVIS, *et al.*, §
 §
 Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ronald Lee Alexander, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Jonathan Davis, James C. Watson, Brad Livingston, and Joseph Smith.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motions for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

SIGNED at Beaumont, Texas, this 5th day of March, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for default judgment are **DENIED**.